Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. STE 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff
ANDREW SANDERS

# IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW SANDERS, | Case No.: 2:09-cv-02557-GMS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CREDITOR'S FINANCIAL GROUP. | |
| Defendant. | |

NOW COMES the Plaintiff, ANDREW SANDERS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: February 15, 2010        KROHN & MOSS, LTD.


By: /s/ Ryan Lee                            _

Ryan Lee
Attorney for Plaintiff

- 1 -